# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2760
LT Case No. 2022-CT-1656-A

_____

KEITH BULLIS,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Marion County.
Robert E. Landt, Judge.

Matthew J. Metz, Public Defender, and Teresa D.
Sutton, Assistant Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Richard A. Pallas, Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____